*AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)*

| **Return** | | |
|---|---|---|
| Case No.:<br>8:18-MJ-169 | Date and time warrant executed:<br>4-11-18  715am | Copy of warrant and inventory left with:<br>THOAI NGUYEN |
| Inventory made in the presence of :<br>ASAIC VORSTEU | | |
| Inventory of the property taken and name of any person(s) seized:<br>[Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes). If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.]<br><br>SEE ATTACHED | | |

**Certification**  (by officer present during the execution of the warrant)

*I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.*

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

AUSA: [Lindsay M. Bailey x6875]

AO 93 (Rev. 12/09) Search and Seizure Warrant (USAO CDCA Rev. 01/2013)

# UNITED STATES DISTRICT COURT
for the
Central District of California

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 8:18-MJ-169
Premises at 1307 W. 214th Street, Torrance, CA 90501 and )
any digital devices recovered therein )
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Central_____ District of _____California_____
*(identify the person or describe the property to be searched and give its location):*

See Attachment A-2

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____14 days from the date of its issuance_____
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 4/10/18 at 12:00 pm _____
*Judge's signature*

City and state: Santa Ana, California Hon. Douglas F. McCormick
*Printed name and title*

AUSA: [Lindsay M. Bailey x6875]



U.S. FOOD AND DRUG ADMINISTRATION
OFFICE OF CRIMINAL INVESTIGATIONS

## INVENTORY OF ITEMS SEIZED

**DATE OF SEARCH:** 04/11/2018   **START TIME:** 0645   **END TIME:** 0930
**SITE ADDRESS:** 1307 W. 214th Street, Torrance, CA 90501

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|---|---|---|
| 1 | 1 | Injectable drugs from various labs; blister packs of sildenafil and tadalafil; cannabinoid roll on |
| 2 | 1 | Envelope from Sydney, Austrailia w/2 vials labeled "L-Carnitine 200mg" |
| 3 | 1 | 1 vial HGH; 1 vial Gtex; 3 blister packs of sildenafil; 1 blister pack of tadalafil |
| 4 | 1 | Assorted mail |
| 5 | 1 | Assorted mail, statements |
| 6 | 1 | Multiple bottles of suspected steroids |
| 7 | 1 | Multiple bottles of suspected steroids |
| 8 | 6 | Boxes of Ceebis Tadalafil 20mg (20 tabs each) w/shipping box |
| 9 | 1 | Multiple vials of HGH and Bacteriostatic water |
| 10 | 1 | 2 boxes of Sildenafil jelly; 5 blister packs of Sildenafil; 2 blister packs of Tadalafil w/shipping box |
| 11 | 1 | 12 blister packs of Tadalafil w/shipping box |
| 12 | 1 | Miscellaneous drug and steroid vials and tablets |
| 13 | 1 | Shipping box |
| 14 | 1 | Miscellaneous steroid products |
| 15 | 1 | Blister packs of Sildenafil and Tadalafil |

OCI Form 4200



U.S. FOOD AND DRUG ADMINISTRATION
OFFICE OF CRIMINAL INVESTIGATIONS

# INVENTORY OF ITEMS SEIZED

**DATE OF SEARCH:** 04/11/2018    **START TIME:** 0645    **END TIME:** 0930
**SITE ADDRESS:** 1307 W. 214th Street, Torrance, CA 90501

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|---|---|---|
| 1 | 1 | ITEM LABLED AS S2RCM1 (APPLE IPHONE MQAR2LL/A, SN: F17VTTX9JC6J, HD Size : 64GB, ROOM C MASTER, OWNER: THOAI NGUYEN/JULES) |
| 2 | 1 | ITEM LABLED AS S2RAM1 (APPLE IPHONE MQAU2LL/A, SN: G6TW34UYJCL8, HD Size : 256GB, ROOM A LIVING ROOM, OWNER: TONY NOVAK) |
| 3 | 1 | ITEM LABLED AS S2RBM1 (APPLE IPHONE MG502LL/A, SN: DNQNMGLTG5MJ, HD Size : 60GB, ROOM B KITCHEN, OWNER: THOAI NGUYEN/JULES) |
| 4 | 1 | ITEM LABLED AS S2RHC1 (ASUS G752V, SN: GCN0CY00X09151C, ROOM H OFFICE) and power cord |
| 5 | 1 | ITEM LABLED AS S2RXC1 (IOMEGA-EXTERNAL 97A0092786, SN: 97A0092786) |

OCI Form 4200